USDC SCAN INDEX SHEET

















JAH    5/5/05    11:38

3:03-CV-00520    MOORE V. BANK OF AMERICA NA

*110*

*O.*

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME: <u>Moore v. Bank of America</u>     03cv0520-IEG (BLM)

<u>HON. BARBARA L. MAJOR</u>     CT. DEP. MICHELLE BEHNING

TAPE  #:   1:   0   -

PROCEEDINGS: _____ In Chambers   _____ In Court   __x__ Telephonic

Telephonic Status Conference held. The parties represented that they have all executed the settlement agreement. Plaintiff will contact the District Judge to obtain a hearing date for his attorney's fees motion. The Court will hold a third telephonic Status Conference on **June 7, 2005** at **2:30 a.m.** to confirm that the case is proceeding. The Court will initiate the call.

**IT IS SO ORDERED**

DATED: May 4, 2005

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:                                    INITIALS: _____ Deputy/Law Clerk

HONORABLE IRMA E. GONZALEZ
U.S. DISTRICT JUDGE

ALL COUNSEL OF RECORD