USDC SCAN INDEX SHEET

















JAH   7/27/05    9:33

3:03-CV-00520   MOORE V. BANK OF AMERICA NA

*119*

*DECL.*

ORIGINAL

Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Richard M. Pearl (State Bar No. 46351)
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
Telephone: (510) 649-0810
Facsimile: (510) 548-5074

Attorneys for Plaintiff
JAMES R. MOORE

FILED

JUL 26 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NUNC PRO TUNC**

JUL 25 2005

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. MOORE, individually and on behalf of the general public and all others similarly situated, | Case No. 03CV 00520-IEG (BLM) |
| Plaintiff, | **CLASS ACTION** |
| v. | **DECLARATION OF RICHARD M. PEARL IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES** |
| BANK OF AMERICA, N.A. (USA), | |
| Defendant. | Date:      August 22, 2005 |
| | Time:      10:30 a.m. |
| | Courtroom:   1 |
| | Hon. Irma A . Gonzalez |

**DECLARATION OF RICHARD M. PEARL IN SUPPORT
OF PLAINTIFF'S MOTION FOR AWARD OF
REASONABLE ATTORNEYS' FEES**

I, Richard M. Pearl, declare:

1.      I am a member in good standing of the California State Bar.  I was retained by Plaintiff, through his counsel, to assist them with their motion for reasonable attorneys' fees in this matter. This declaration is submitted in support of Plaintiff's Motion for Award of Reasonable Attorneys' Fees.

**BACKGROUND AND EXPERIENCE**

2.      Briefly summarized, my background is as follows:  I am a 1969 graduate of Boalt Hall School of Law, University of California, Berkeley.  After graduation, I spent fourteen years in federally funded legal services programs before going into private practice in 1982.  From 1977 to 1982, I was Director of Litigation for California Rural Legal Assistance, Inc., a statewide legal services program with more than fifty attorneys.  Since April 1987, I have been a sole practitioner in the San Francisco Bay Area.   A copy of my Resume is attached hereto as Exhibit 1.

3.      Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees.  I have lectured and written extensively on court-awarded attorneys' fees.   I have been a member of the California State Bar's Attorneys Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues.  I am the author of <u>California Attorney Fee Awards, 2d Ed.</u> (Calif. Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, and 2004 Supplements.  I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to CEB's <u>California Attorney's Fees Award Practice</u>.  In addition, I authored a federal manual on attorneys' fees entitled <u>Attorneys' Fees: A Legal Services Practice Manual</u>, published by the Legal Services Corporation.  I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's <u>Wrongful Employment Termination Practice, 2d Ed.</u> (1997).

///

4.      More than 90% of my practice is devoted to issues involving court-awarded attorney's fees. I have been counsel in over 140 attorneys' fee applications in state and federal courts, primarily representing other attorneys. I also have briefed and argued more than 40 appeals, at least 25 of which have involved attorneys' fees issues. In the past five years, I have successfully handled four cases in the California Supreme Court involving court-awarded attorneys' fees: 1) *Delaney v. Baker* (1999) 20 Cal.4th 23, which held that heightened remedies, including attorneys' fees, are available in suits against nursing homes under California's Elder Abuse Act; 2) *Ketchum v. Moses* (2001) 24 Cal.4th 1122, which held, *inter alia*, that contingent risk multipliers remain available under California attorney fee law, despite the United States Supreme Court's contrary ruling on federal law (note that in *Ketchum*, I was primary appellate counsel in the Court of Appeal and "second chair" in the Supreme Court); 3) *Flannery v. Prentice* (2001) 26 Cal.4th 572, which held that in the absence of an agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are based upon; and 4) *Graham v. DaimlerChrysler Corp.* (2004) 34 Cal.4th 553, which I handled, along with trial counsel, in both the Court of Appeal and Supreme Court.

5.      I have been retained as an expert witness on attorneys' fee issues on at least 25 occasions, on behalf of both fee claimants and those opposing fee applications. On at least ten (10) occasions, I have been qualified as an expert on attorneys' fees in judicial proceedings and arbitrations. I also have served as an arbitrator and mediator of attorney fee issues.

6.      The time my office has spent on this matter has been recorded on contemporaneously kept time records of the type I use for all clients. A copy of my time records for this period is attached hereto as Exhibit 2. These records show that I have spent 10.95 hours on this matter through July 21, 2005. I have carefully reviewed my time records and can attest that all of this time was reasonably devoted to providing expert and consultation services to Plaintiff's counsel. My services are being billed to Plaintiff's counsel at my current hourly rate of $495 per hour. Additional time spent after July 21 will be billed supplementally.

7.      The current rate for my services is $495 per hour. That is the rate I charge market-rate clients for my services. My hourly rates have been found reasonable by numerous courts.

1    Most recently, my 2004 hourly rate of $475 per hour was found reasonable by Judge John J.

2    Golden, retired, in *Sierra Club v. Placer County,* Placer County Superior Court No. SCV-12789,

3    Order Awarding Attorney Fees filed March 9, 2005, and in *Environmental Protection*

4    *Information Center et al v. California Dept. of Forestry and Fire Protection et al (Pacific*

5    *Lumber Co., Real Party in Interest),* Humboldt County Superior Court No. CV990445, Order

6    Awarding Attorney Fees filed September 24, 2004. It also was found reasonable in *Jordan v.*

7    *Dept. of Motor Vehicles,* JAMS Ref. No. 1100040574, Arbitration Decision and Award dated

8    April 14, 2004, and the federal government conceded it was reasonable in an on-going Consent

9    Decree enforcement case. My 2003 hourly rate of $450 per hour was found reasonable by Judge

10   Robert B. Freedman in *Chopra et al v. ADVO, Inc.*, Alameda County Superior Court No.

11   CH221306-2, by Judge Richard L. Gilbert (retired), serving as Arbitrator in *Planning and*

12   *Conservation League v. Department of Water Resources*, Sacramento Superior Court No.

13   95ASCS03216, and by Judge Michael S. Fields in *Sanchez, et al. v. Sea Mist Farms, LLC, et al.,*

14   Monterey County Superior Court No. M56954.

15          8.      I am frequently called upon to opine about the reasonableness of attorneys' hourly

16   rates, and my declarations on that issue have been cited favorably by numerous courts. Much of

17   the extensive evidence I have obtained on this issue is set forth below. It shows that the hourly

18   rates being claimed by Plaintiff's lawyers here are in line with the hourly rates charged by

19   attorneys of equivalent experience, skill, and expertise for comparable work. I would also note

20   that Plaintiff's staffing appears reasonable: the use of multiple lawyers in complex, class action

21   litigation is commonplace and desirable so long as each attorney is contributing to the litigation

22   effort.

23          9.      Through my writing and practice, I have become familiar with the market rates

24   charged by attorneys in California and elsewhere. This familiarity has been obtained in several

25   ways: (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by

26   obtaining declarations regarding prevailing market rates in cases in which I represent attorneys

27   seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well

28   as articles on attorney's fees in the legal newspapers and treatises. This information I have

gathered shows that the hourly rates being claimed by Plaintiff's counsel in this case are

reasonable. Specifically, the reasonableness of counsel's rates is shown by the following facts

regarding the non-contingent rates charged by attorneys for comparable services:

      a.   <u>Rates found reasonable in other cases.</u>

<u>2005 Rates</u>

      (2)   *Krumme v. Mercury Ins. Co.*, San Francisco Superior Court No. 313367

(Order Awarding Attorney's Fees on Appeal and Post-Appeal Pursuant to Code of Civil

Procedure Section 1021.5, filed July 12, 2005), in which Judge Robert Dondero awarded

plaintiff's counsel the following hourly rates:

| Years of Experience | Rate |
|---|---|
| 22-24 | $490 |
| 19 | 475 |
| 11 | 375 |
| 3 | 275 |
| Paralegal | 125 |

<u>2004 Rates</u>

      (1)   *Gustafson, et al. v. University of California at Berkeley*, N.D. Cal. No. C-97-

4016 BZ (Order Granting Final Approval of Class Action Settlement Agreement, filed March 23,

2005), in which the court found the following 2004 rates reasonable.

| Years of Experience | Rate |
|---|---|
| 43 | $595 |
| 19 | $495 |
| 11 | $435 |
| 8 | $330 |
| 4 | $275 |
| 3 | $235 |
| Paralegal | $135 |

      (2)   *Zuckman v. Allied Group, Inc.*, N.D. Cal. No. C-02-05800 SI (Order Granting

Final Approval of Class Settlement and Awarding Attorney's Fees and Costs, filed September 7,

2004), in which the court found the following 2004 rates reasonable, plus a 2.29 multiplier:

| Years of Experience | Rate |
|---|---|
| 26 | $475 |
| 21 | 575 |

4

|   |   |
|---|---|
| 12 | 375 |
| 9  | 385 |
| 6  | 320 |
| 2  | 285 |

(3)    *Millar v. San Francisco Bay Area Rapid Transit Dist.,* Alameda County Superior Court No. 830013-9, in which Judge George C. Hernandez, Jr., awarded the following 2004 rates:

| Years of Experience | Rate |
|---|---|
| 42 | $600 |
| 24 | 490 |
| 11 | 350 |
| 7 | 325 |
| 2 | 230 |
| Paralegal | 160 |

2003 Rates

(1)    *Microsoft I-V Cases*, San Francisco Superior Court No. J.C.C.P. No. 4106 (Order and Statement of Decision re Class Counsel's Petition for Attorneys' Fees and Costs, filed September 9, 2004), in which Judge Paul H. Alvarado awarded fees at the following 2003 rates, plus a 2.0 multiplier for much of the work:

| Years of Experience | Rate |
|---|---|
| 52 | $590 |
| 39 | 550 |
| 36 | 550 |
| 25 | 520 |
| 24 | 485 |

(2)    *Krumme v. Mercury Ins. Co.*, San Francisco Superior Court No. 313367 (Order Awarding Attorney's Fees Pursuant to Code of Civil Procedure Section 1021.5, filed July 14, 2003, affirmed on appeal as 123 Cal.App.4th 9 (2004)), in which Judge Robert Dondero awarded plaintiff's counsel the following hourly rates, plus a 1.5 multiplier:

| Years of Experience | Rate |
|---|---|
| 22 | $450 |
| 18 | 425 |
| Associate | 250 |
| Paralegals | 100 |

(3)    *California Advocates for Nursing Home Reform v. Bonta,* San Francisco

Superior Court No. 315107, Statement of Decision filed April 13, 2004, in which Judge James L. Warren awarded the following 2003 rates, plus a 2.0 multiplier:

| Years of Experience | Rate |
|---|---|
| 30 | $475 |
| 21 | 375 |
| 9 | 275 |
| 7 | 325 |
| 6 | 250 |
| Paralegal | 160 |

(3)    *Medical Advocates for Healthy Air, etc., v. Horinko,* N.D. Cal. No. C-02-5102 CRB-EDL, Report and Recommendations to Grant in Part and Deny in Part Motion for Award of Attorneys' Fees and Costs, dated February 2, 2004, in which United States Magistrate Judge Elizabeth D. Laporte recommended the following 2003 rates:

| Years of Experience | Rate |
|---|---|
| 20 | $400 |
| 5 | 275 |
| Law Clerk | 100 |
| Paralegal | 105 |

### 2002 Rates

(1)    *Kotla v. Regents of Univ. of Calif.,* Alameda County Superior Court No. V 014799-8, Order Granting Plaintiff's Motion for Award of Attorneys Fees and Satisfaction of Lien filed November 6, 2002, reversed on other grounds, (2004) 115 Cal. App.4th 283, in which Judge Yolanda N. Northridge awarded 2002 rates as follows, plus a 1.5 lodestar enhancement:

| Years of Experience | Rate |
|---|---|
| 40 | $500 |
| 31 | 450 |
| 7 | 250 |
| Paralegals | 100 |

(2)    *Gordon v. Boas International Motors*, San Francisco Superior Court No. 318475, Fee Order dated May 30, 2003, in which Judge David L. Ballati awarded the following 2002 rates, plus a 1.5 multiplier:

| Years of Experience | Rate |
|---|---|
| 33 | $425 |
| 10 | 350 |

6

b.    <u>Surveys of Rates</u>. The reasonableness of counsel's rates also is shown by published materials on rates, including the article which appeared in *The Recorder*, on December 9, 2003 (attached hereto as Exhibit 3) and the December 9, 2004 article in the National Law Journal, titled "Law Firms' Billing Rates Climb Ever Higher" (attached hereto as Exhibit 4).

c.    <u>Testimony from Other Cases</u>. I have reviewed numerous declarations and depositions filed in other cases. These show that the hourly rates for complex litigation undertaken on a non-contingent basis by the following California law firms, listed in alphabetical order, are as follows:

**Altshuler, Berzon, Nussbaum, Rubin & Demain**

2004 Rates:

| Years Experience | Rate |
|---|---|
| 35-36 | $495 |
| 10 | 350 |
| 8 | 320 |
| 7 | 305 |
| 5 | 275 |
| Law Clerks | 160 |
| Paralegals | 145 |

**Bushnell Caplan & Fielding**

2005 Rates:

| Years Experience | Rate |
|---|---|
| 36 | $540 |
| 13 | 400 |

**Chavez & Gertler**

2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 26 | $515 |
| Associates | |
| 16 | 475 |
| 10 | 395 |

2004 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 25 | $495 |

7

|  |  |
|---|---|
| 27 | 485 |
| 21 | 485 |
| Associates | |
| 15 | 445 |
| 14 | 385 |
| 16 | 385 |
| 13 | 385 |
| 12 | 375 |
| 9 | 335 |
| Paralegals | 155-175 |
| Legal Assistants | 105 |

2003 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 24 | $485 |
| 26 | 475 |
| 20 | 465 |
| Associates | |
| 14 | 425 |
| 13 | 375 |
| 15 | 355 |
| 11 | 345 |
| 8 | 305 |
| 3 | 275 |
| Paralegals | 135-165 |
| Legal Assistants | 95 |

2002 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 23 | $465 |
| 25 | 455 |
| 19 | 425 |
| Associates | |
| 13 | 385 |
| 14 | 325 |
| 31 | 295 |
| 10 | 295 |
| 7 | 275 |
| Legal Assistants | 85-140 |

2001 Rates:

| Years Experience | Rate |
|---|---|
| 22 | $450 |
| 18 | 415 |
| 12 | 365 |
| 11 | 355 |
| 9 | 285 |
| 6 | 265 |
| Legal Assistants | 85-95 |

## Cooley Godward LLP

### 2003 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 30 | 700 |
| 34 | 550 |
| 20 | 450-485 |
| 15 | 475 |
| 20 | 425 |
| 14 | 415 |
| Associates | |
| 5 | 410 |
| 3 | 270-395 |
| 7 | 385 |
| 5 | 325 |
| 2 | 230-270 |
| 1 | 215-240 |
| Legal Assistants | 115-185 |

### 2001 Rates:

| Years Experience | Rate |
|---|---|
| 28 | $600 |
| 18 | 435 |
| 8 | 370 |
| 7 | 365 |
| 4 | 270 |
| 3 | 240 |
| Legal Assistants | 90-160 |

## Goldstein, Demchak, Baller, Borgen & Dardarian

### 2004 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 34 | $500-525 |
| 28 | 500 |
| 23 | 450 |
| 17 | 425 |
| Associates | |
| 11 | 340 |
| 10 | 330 |
| 9 | 320 |
| 5 | 265 |

### 2003 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |

9

| 33 | $500 |
| 27 | 475 |
| 22 | 425 |
| 16 | 400 |
| Associates | |
| 10 | 315 |
| 9 | 305 |
| 8 | 295 |
| 7 | 295 |
| 5 | 250 |
| Law Clerks | 175 |
| Senior Paralegal | 160 |
| Paralegal | 120-140 |

2002 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 32 | $500 |
| 32 | 450 |
| 26 | 440 |
| 21 | 390 |
| 15 | 350 |
| Associates | |
| 14 | 330 |
| 12 | 305 |
| 9 | 270 |
| 8 | 260 |
| 7 | 250 |
| 4 | 230 |
| Law Clerks | 175 |
| Sr. Paralegals | 160 |
| Paralegals | 140 |
| Entry Level Paralegals | 120 |
| Database Specialist | 150-160 |

Heller, Ehrman, White & McAuliffe

2004 Rates:

| Years of Experience | Rate |
|---|---|
| (Partners) | |
| 31 | $707 |
| 28 | 563 |
| 28 | 536 |
| 26 | 536 |
| 31 | 531 |
| 17 | 504 |
| 13 | 486 |
| 24 | 477 |
| 28 | 473 |
| 16 | 446 |
| 12 | 414 |
| 25 | 410 |
| (Associates) | |

|     |     |
| --- | --- |
| 24  | 446 |
| 36  | 410 |
| 18  | 387 |
| 22  | 383 |
| 19  | 369 |
| 8   | 369 |
| 7   | 356 |
| 8   | 356 |
| 6   | 293 |
| 4   | 270 |

2003 Rates:*

| Years of Experience | Rate |
| --- | --- |
| (Partners) | |
| 29 | $662 |
| 41 | 617 |
| 26 | 513 |
| 22 | 473 |
| 15 | 473 |
| 21 | 446 |
| 21 | 441 |
| 30 | 441 |
| 26 | 441 |
| 14 | 405 |
| 27 | 396 |
| (Associates) | |
| 24 | 383 |
| 10 | 378 |
| 10 | 378 |
| 20 | 356 |
| 11 | 356 |
| 17 | 351 |
| 6 | 338 |
| 4 | 324 |
| 5 | 297 |
| 6 | 288 |
| 13 | 266 |
| 2 | 230 |
| 2 | 230 |
| 4 | 185 |
| Paralegals | 77-203 |

*(May be discounted rates)

2002 Rates:

| Years of Experience | Rate |
| --- | --- |
| (Partners) | |
| 30 | $630 |
| 28 | 510 |
| 25 | 465-535 |
| 24 | 475 |
| 20 | 460 |

|  |  |
|---|---|
| 17 | 495 |
| 14 | 420 |
| 13 | 418 |
| 10 | 425 |
| (Associates) | |
| 9 | 390 |
| 8 | 360 |
| 5 | 350 |
| 4 | 320 |
| 3 | 290 |
| 2 | 240 |
| 1 | 200-210 |
| Paralegals | 170-200 |

2001 Rates:

| Years of Experience | Rate |
|---|---|
| 39 | $625 |
| 32 | 525 |
| 26 | 470 |
| 23 | 425 |
| 4 | 310 |
| 3 | 280 |
| 1 | 195 |
| Litigation Paralegals | 68-140 |

Howard, Rice, Nemerovski, Canady, Robertson & Falk

2002 Rates:

| Years Since Bar Admission | Rate |
|---|---|
| (Directors) | |
| 35 | $511.25 |
| 33 | 480 |
| 29 | 490 |
| 28 | 557.50 |
| 27 | 480 |
| 26 | 557.50 |
| 26 | 465 |
| 25 | 445 |
| 23 | 430 |
| 21 | 450 |
| 20 | 400 |
| 18 | 400 |
| 17 | 400 |
| 16 | 390 |
| 13 | 390 |
| 12 | 375 |
| 11 | 355 |
| 10 | 345 |
| 10 | 270 |
| 8 | 325 |
| (Associates) | |
| 8 | 297.50 |

12

| Years of Experience | Rate |
|---|---|
| 7 | 297.50 |
| 6 | 297.50 |
| 6 | 287.50 |
| 5 | 272.50 |
| 4 | 287.50 |
| 4 | 272.50 |
| 4 | 262.50 |
| 3 | 262.50 |
| 3 | 247.50 |
| 2 | 247.50 |
| 2 | 222.50 |
| 1 | 222.50 |
| 1 | 193.75 |

### 2001 Rates:

| Years of Experience | Rate |
|---|---|
| 36 | $550 |
| 27 | 475 |
| 25 | 430 |
| 20 | 395 |
| 18 | 385 |
| 16 | 385 |
| 8 | 300 |
| 5 | 265 |
| 4 | 255 |
| 3 | 215 |
| 2 | 215 |
| Paralegals | 95-185 |

### Keker & Van Nest

### 2003 Rates:

| Years of Experience | Rate |
|---|---|
| 25 | $650 |
| 23 | 580 |
| 9 | 380 |
| 6 | 300 |
| 3 | 270 |
| Paralegals | 150-180 |

### 2002 Rates:

| Years of Experience | Rate |
|---|---|
| 24 | $600 |
| 21 | 500 |
| 8 | 350 |
| 5 | 270 |
| 4 | 250 |
| Paralegals | 90-160 |
| Case Assistants | 60 |

<u>2001 Rates:</u>

| Years Experience | Rate |
|---|---|
| 23 | $550 |

<u>Levy, Ram & Olson</u>

<u>2005 Rates:</u>

| Years of Experience | Rate |
|---|---|
| 25 | $490 |
| 23 | 490 |
| 12 | 375 |
| 4 | 275 |

<u>Lieff, Cabraser, Heimann & Bernstein</u>

<u>2005 Rates:</u>

| Years Experience | Rate |
|---|---|
| 35 | $650 |
| 22 | 575 |
| 5 | 305 |

<u>2004 Rates:</u>

| Years Experience | Rate |
|---|---|
| 35 | $490 |
| 22 | 460 |
| 5 | 290 |

<u>2003 Rates:</u>

| Years of Experience | Rate |
|---|---|
| (Partners) | |
| 42 | $600 |
| 32 | 600 |
| 30 | 525 |
| 29 | 575 |
| 26 | 600 |
| 25 | 485 |
| 21 | 525 |
| 17 | 485 |
| 16 | 485 |
| 15 | 430- 475 |
| 13 | 430-450 |
| 12 | 375 |
| 11 | 425- 430 |
| (Associates) | |
| 8 | 310-315 |
| 6 | 300-305 |

14

| | |
|---|---|
| 5 | 295 |
| 4 | 285-295 |
| 3 | 275 |
| 2 | 250-285 |

///

///

///

### Milbank, Tweed, Hadley & McCloy

#### 2002 Rates:

| Years of Experience | Rate |
|---|---|
| 25 | $595 |
| 15 | 520 |
| 10 | 500 |
| 9 | 465 |
| 6 | 425 |
| 5 | 425 |
| 4 | 400 |
| 2 | 350 |
| 1 | 325 |
| Summer Associates | 185 |
| Legal Assistants | 110-145 |
| Case Clerk | 40 |

### Milberg Weiss Bershad Lerach & Hynes, LLP

### (*now* Lerach Coughlin Stoin & Robbins)

#### 2003 Rates:

| Years Experience | Rate |
|---|---|
| 39 | $650 |
| 21 | 590 |
| 30 | 585 |
| 32 | 535 |
| 22 | 525 |
| 22 | 495 |
| 24 | 480 |
| 14 | 460 |
| 18 | 440 |
| 12 | 405 |
| 14 | 395 |
| 10 | 385 |
| 8 | 310 |

### Morgan, Lewis & Bockius, LLP

#### 2004 Rates:

| Years Experience | Rate |
|---|---|
| 24 | $600 |

15

| | |
|---|---|
| 13 | 470 |
| 6 | 335 |
| 3 | 230 |

### O'Melveny & Myers

#### 2002 Rates:

| Years Experience | Rate |
|---|---|
| 18 | $520 |
| 9 | 390 |
| 6 | 358 |

### Pillsbury Winthrop

#### 2004 Rates:

| Years Experience | Rate |
|---|---|
| 35 | $490 |
| 22 | 460 |
| 5 | 290 |

### Rosen, Bien & Asaro

#### 2005 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 43 | $625 |
| 25 | 525 |
| 23 | 475 |
| Associates | |
| 22 | 425 |
| 12 | 375 |
| 8 | 350 |
| 6 | 300 |
| 4 | 275 |
| 3 | 235 |
| Law Clerks | 140 |
| Paralegals | 140-160 |
| Paralegal Clerks | 95 |

#### 2004 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 42 | $600 |
| 24 | 490 |
| 22 | 450 |
| Associates | |
| 11 | 350 |
| 7 | 325 |
| 4 | 285 |
| 3 | 265 |
| 2 | 220 |
| Paralegals | 140-160 |

16

| | |
|---|---|
| Paralegal Clerks | 95 |

### 2003 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 41 | $575 |
| 23 | 475 |
| 21 | 425 |
| Associates | |
| 20 | 350 |
| 10 | 325 |
| 6 | 300 |
| 4 | 270 |
| 3 | 245 |
| 3 | 245 |
| 2 | 225 |
| Law Clerks | 140 |
| Paralegals | 100-160 |
| Paralegal Clerks | 95 |

### 2002 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 40 | $550 |
| 22 | 440 |
| 20 | 400 |
| Associates | |
| 19 | 330 |
| 9 | 305 |
| 5 | 275 |
| 3 | 235 |
| 2 | 220 |
| 1 | 200 |
| Law Clerks | 140 |
| Paralegals | 100-150 |
| Paralegal Clerks | 95 |

### 2001 Rates:

| Years Experience | Rate |
|---|---|
| Partners | |
| 39 | $500 |
| 21 | 395 |
| 19 | 365 |
| Associates | |
| 18 | 300 |
| 8 | 285 |
| 6 | 255 |
| 4 | 230 |
| 1 | 195 |
| Law Clerks | 125 |
| Paralegals | 85-140 |

17

1

## Rudy, Exelrod & Zieff

2

### 2005 Rates:

3

| Years Experience | Rate |
|---|---|
| 37 | $575 |
| 36 | 575 |
| 27 | 575 |
| 10 | 375 |

6

### 2003 Rates:

| Years Experience | Rate |
|---|---|
| 35 | $500 |
| 34 | 500 |
| 25 | 475 |

9

## Schneider & Wallace

### 2004 Rates:

| Years Experience | Rate |
|---|---|
| 13 | $435 |
| 11 | 435 |
| 9 | 385 |
| 7-8 | 350 |
| 5 | 325 |
| 2 | 225 |
| Law Clerks/Paralegals | 100 |

16

## Skadden, Arps, Slate, Meagher & Flom, LLP

### 2004 Rates:

| Years Experience | Rate |
|---|---|
| 28 | $675 |
| 8 | 435 |
| 7 | 345 |
| 4 | 310 |
| Summer Associates | 160 |
| Legal Assistants | 110-195 |

23

## Steefel, Levitt, and Weiss

### 2004 Rates:

| Years Experience | Rate |
|---|---|
| 35 | $490 |
| 22 | 460 |
| 5 | 290 |

18

<u>Sturdevant Law Firm (formerly Sturdevant & Sturdevant)</u>

<u>2004 Rates:</u>

| <u>Years Experience</u> | <u>Rate</u> |
|---|---|
| 32 | $510 |

<u>2002 Rates:</u>

| <u>Years Experience</u> | <u>Rate</u> |
|---|---|
| 30 | $495 |

10.    My research regarding attorneys' fees in California indicated a sharp increase in fees over the last several years.  Specifically, I have reviewed attorney fee declarations filed by Heller, Ehrman, White & McAuliffe (in *In re Pacific Gas and Electric Company*, United States Bankruptcy Court, Northern District of California Case No. 01-30923 DM); Cooley Godward (in *In re Pacific Gas and Electric Company,* United States Bankruptcy Court, Northern District of California Case No. 01-30923 DM); and Howard, Rice, Nemerovski, Canady, Falk & Rabkin (in *In re Pacific Gas and Electric Company,* United States Bankruptcy Court, Northern District of California Case No. 01-30923 DM).  Applications for attorneys' fees filed in the United States Bankruptcy Court for the Northern District of California are a useful source of information on the current hourly rates charged by civil litigators.  In seeking fees in a bankruptcy proceeding a lawyer must certify that "[t]he compensation and expense reimbursement requests are billed at rates, in accordance with the practice, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's client."  The United States Bankruptcy Court, Northern District of California, Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees § 8.  Thus, lawyers seeking compensation in bankruptcy court have to state that the rates charged are no more than their actual hourly rates.  Civil litigators are sometimes brought in to litigate matters in the bankruptcy court.  I have, therefore, reviewed declarations filed in support of applications for awards of attorneys' fees in bankruptcy court proceedings filed in the Northern District of California Bankruptcy Court setting forth the 2001-2003 hourly rates of civil litigators who expended time on bankruptcy matters.  I was able to identify these civil litigators through descriptions of the individual attorneys contained on the law

19

1  firm's web sites.

2      11.    This investigation confirmed that there was a steep increase in hourly rates

3  between 2000 and 2003.  For example, the hourly rate of one civil litigator who graduated from

4  law school in 1974 increased from $583 per hour in 2001 to $662 per hour in 2003.  A recent

5  Recorder article (Exhibit 3) also confirms this fact.

6      12.    The hourly rates set forth above pertain largely to law firms headquartered in the

7  San Francisco Bay Area.  To the extent those law firms handle cases in other jurisdictions, like

8  San Diego, they almost always charge the same rates that they do for litigation in the Bay Area.

9  To the extent Plaintiff's claim is based upon San Diego rates, however, I also am of the opinion

10  that they are in line with the rates charged by lawyers of comparable skill, experience, and

11  reputation for comparable work, *i.e.,* complex representative federal litigation in San Diego.  I

12  base that opinion on the following facts:

13      a.    In a report filed with the California Public Utilities Commission (attached

14            as Exhibit 5), the San Diego Gas & Electric Co. reported that in 2003, it

15            hired outside counsel at rates of from $477-625 per hour for partners with

16            13 or more years experience, $435 per hour for partners with 8-12 years of

17            practice, and $239-425 per hour for associate attorneys with up to 7 years

18            of practice.

19      b.    In 2004, Luce, Forward, Hamilton & Scripps, a San Diego law firm that

20            does federal court litigation, charges partner rates of from $325 to $550

21            per hour, and associate rates of from $170 to $350 per hour.  *See* Exhibit

22            4.

23      c.    Also in 2004, Gray Cary Ware & Freidenrich, another San Diego law firm

24            that does federal court litigation, charges partner rates of from $310 to

25            $695 per hour, and associate rates of from $215 to $495 per hour.  *See*

26            Exhibit 4.

27      d.    The 2003 rates for Lerach Coughlin Stoia Geller Rudman & Robbins are

28            set forth above.  They show that two years ago, the Lerach firm was

1                 billing a 22-year attorney at $495-525 per hour.

2        e.     Also in 2003, Dennis Stewart, a partner at the San Diego law firm Hulett

3                 Harper Stewart L.L.P., with 23 years of experience, charged $510 per

4                 hour for his work and $225 per hour for a 2nd year associate's work in a

5                 representative consumer action.

6       12.     The hourly rates set forth above are those charged where full payment is expected

7 promptly upon the rendition of the billing and without consideration of factors other than hours

8 and rates. If any substantial part of the payment were to be deferred for any substantial period of

9 time, for example, or if payment were to be contingent upon outcome or any other factor, the fee

10 arrangement would be adjusted accordingly to compensate the attorneys for those factors.

11       13.     In my experience, attorneys who litigate on a contingent basis expect to receive

12 significantly higher effective hourly rates in cases where compensation is contingent on success,

13 particularly in hard fought cases where the result is uncertain. In my opinion, this does not result

14 in any "windfall" or undue "bonus" for plaintiffs' counsel. Attorneys who assume representation

15 of plaintiffs on a purely contingent basis in employment/civil rights and other public interest cases

16 are entitled to receive fees equivalent to those paid in the private legal marketplace. In the legal

17 marketplace, a lawyer who assumes a significant financial risk on behalf of a client rightfully

18 expects that his or her compensation will be significantly greater than if no risk was involved (*i.e.*,

19 if the client paid the bill on a monthly basis). In fact, an expert economist who testified in two

20 cases in which I was involved opined that, based on a statistical risk analysis, attorneys who take

21 cases on a contingent basis should receive from three to six times the market rates paid to

22 attorneys on a non-contingent basis. Adjusting court-awarded fees upward in contingent fee cases

23 to reflect the risk of loss simply makes them competitive in the legal marketplace, helping to

24 ensure that meritorious cases will be brought to enforce important public interest policies and that

25 clients who have meritorious claims will be more likely to obtain qualified counsel. In this case, I

26 can state without hesitation that knowing at the time how vehemently and uncompromisingly this

27 case would be resisted by the defendants, combined with the overall difficulty of constructive

28 discharge and reasonable accommodation cases in general, few competent attorneys would be

1 | willing to take this case on a contingent fee basis unless they could expect to recover, if

2 | successful, a fee that was at least twice the hourly rate paid to non-contingent attorneys.

3 |     14.    In this case, I also believe that other factors warrant a lodestar enhancement of at

4 | least 2.0, to reflect the significant risk counsel took in agreeing to represent Mr. Moore on a

5 | contingent basis, the costs of delay in payment that are not accounted for in the lodestar, and the

6 | public interests served by the settlement Plaintiff achieved.

7 |     15.    The expense and risk of public interest litigation has not diminished over

8 | the years; to the contrary, these cases are in many ways more difficult than ever.  As a result,

9 | fewer and fewer attorneys and firms are willing to take on such litigation, and the few who are

10 | willing to do so can only continue if their fee awards reflect true market value.

11 |     16.    I have reviewed the billing practices of hundreds of attorneys in California.  Based

12 | on my experience and knowledge of billing practices among California lawyers, I can state that it

13 | is the common practice of local firms to bill their clients for out-of-pocket expenses incurred in

14 | litigation, such as expert witness fees, travel, copying, telephone long-distance charges, postage

15 | and messenger fees, computerized research costs, and the like.

16 |     If called as a witness, I could and would competently testify from my personal knowledge

17 | to the facts stated herein.

18 |     I declare under penalty of perjury under the laws of the United States that the foregoing is

19 | true and correct.

20 |     Executed at Berkeley, California on July 21, 2005.

RICHARD M. PEARL

22

# **TABLE OF CONTENTS**

| Exhibit | | Page |
|---|---|---|
| 1 | Resume of Richard M. Pearl | 24 |
| 2 | Time Records of Richard M. Pearl on *Moore v. Bank of America Corporation* | 30 |
| 3 | *Rates on the Rise*, The Recorder, December 9, 2003 | 32 |
| 4 | *Law Firms' Billing Rates Climb Ever Higher*, The National Law Journal, December 9, 2004 | 34 |
| 5 | Second Updated Data Set of San Diego Gas & Electric Company and Southern California Gas Company in Response to Administrative Law Judge's Ruling on Results of First Workshop, dated March 4, 2005 (PUC) | 58 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Recycled   Stock # EX-5-B

# RESUME OF RICHARD M. PEARL

**RICHARD M. PEARL**
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-5074 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted January 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the *United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States* District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

## EMPLOYMENT

*LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice* ("AV" rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, Court of Appeal, First Appellate District (October 2000 to Present).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to Present): Teach "Public Interest Law Practice," a 2-unit course that focuses on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

**RICHARD M. PEARL**
Page 2

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

> Director of Litigation (July 1977 to July 1982)
> Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.

> Regional Counsel (July 1982 to September 1983 part-time) Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.

> Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
> Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.

> Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
> Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

**RICHARD M. PEARL**
Page 3


## PUBLICATIONS

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Pearl, California Attorney Fee Awards, Second Edition (Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001 and 2002 Supplements

Wrongful Employment Termination Practice, Second Edition (Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting" (October 1992)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Effective Representation Before California Administrative Agencies" (October 1986)

Program materials on "Attorney's Fees in Administrative Proceedings" California Continuing Education of the Bar, prepared as panelist for CEB program on "Attorneys' Fees: Practical and Ethical Considerations" (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases,* (September 1985) Los Angeles Lawyer

Program Materials on "Remedies Training" (Class Actions), Sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

**RICHARD M. PEARL**
Page 4


## PUBLIC SERVICE

Member, Attorneys' Fee Task Force, California State Bar

Vice President, Board of Directors, California Rural Legal Assistance Foundation


## REPRESENTATIVE REPORTED CASES

*Boren v. California Department of Employment*
　　　　　(1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
　　　　　(9th Cir. 1992) 973 F.2d 735

*Campos v. E.D.D.*
　　　　　(1982) 132 Cal.App.3d 961

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
　　　　　(1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
　　　　　(D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
　　　　　(1999) 10 Cal.4th 23

*Employment Development Dept. v. Superior Court (Boren)*
　　　　　(1981) 30 Cal.3d 256

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
　　　　　(N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
　　　　　(2001) 26 Cal. 4th 572

*Graham v. DaimlerChrysler Corp.*
　　　　　(2004) 34 Cal. 4th 553

*Ketchum v. Moses*
　　　　　(2001) 24 Cal.4th 1122

**RICHARD M. PEARL**
Page 5

*Kievlan v. Dahlberg Electronics*
        (1978) 78 Cal.App.3d 951, *cert. denied* (1979)
        440 U.S. 951

*Lealao v. Beneficial California, Inc.*
        (2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
        (1976) 56 Cal.App.3d 729

*Local 3-98 etc. v. Donovan*
        (N.D. Cal. 1984) 580 F.Supp. 714,
        *aff'd* (9th Cir. 1986) 792 F.2d 762

*Mangold v. California Public Utilities Commission*
        (9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
        (1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
        (N.D. Cal. 1976) 411 F.Supp. 5
        *aff'd* (9th Cir. 1977) 573 F.2d 555

*McSomebodies v. Burlingame Elementary School Dist.*
        (9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
        (9th Cir. 1990) 897 F.2d 975

*Pena v. Superior Court of Kern County*
        (1975) 50 Cal.App.3d 694

*Ponce v. Tulare County Housing Authority*
        (E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
        (N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
        (1979) 24 Cal.3d 93 (amicus)

**RICHARD M. PEARL**
Page 6


*Sokolow v. County of San Mateo*
          (1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
          (1976) 17 Cal.3d 719 (amicus)

*Tongol v. Usery*
          (9th Cir. 1979) 601 F.2d 1091,
          *on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
          *revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
          (1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
          (N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part*
          *and revs'd in part sub nom Davis v. City and County*
          *of San Francisco* (9th Cir. 1992) 976 F.2d 1536, 1542
          *modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
          (S.D.Cal. 1998) 18 F.Supp.2d 1090


**REFERENCES**

Furnished upon request.


February 2005


Ex. 1
29

Recycled Stock #EX-5-B

*Moore, et al. v. Bank of America, N.A. (USA):* March through July 2005 Statement
Page 1

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|------------------------|-------|
| | (by Richard M. Pearl) | |
| 3/3/05 | Review of email from R. Green re facts, etc.; review of Mediation Statement, Complaint; review of various pleadings | .35 |
| 3/9/05 | Review of file re meeting; conference with R. Green, J. Welling re strategy for motion; preparation of memo to file re amount issues; preparation o email to A. Mansfield re rates | 1.40 |
| 3/10/05 | Review of email from A. Mansfield re rates | .10 |
| 4/5/05 | Exchange of emails with R. Green re settlement, etc. | .10 |
| 4/14/05 | Exchange of emails with R. Green re settlement | .10 |
| 4/29/05 | Exchange of emails re status | .10 |
| 5/20/05 | Review of email from R. Green re motion, date; review of settlement, stipulation; review of file re motion; review of TILA fee-shifting statute; phone conference with R. Green re status, responsibilities, strategy; legal research re Rule 23, etc.; phone conference with R. Green re timing (LM) | 1.35 |
| 7/6/05 | Review of file re call; phone conference with R. Green re next steps, declarations, etc. | .50 |
| 7/10/05 | Review of outline of motion; preparation of comments re above | .50 |
| 7/11/05 | Exchange of emails with counsel re memo (2) | .20 |
| 7/12/05 | Review file re motion; phone conference with J. Welling, R. Green re same; preparation of rates, etc., declaration | 2.40 |
| 7/13/05 | Revision of my declaration re San Diego rates; phone conference with potential declarant re declaration (VM); preparation of email to A. Mansfield re declaration; phone conference with J. Welling re declaration(LM) | .45 |
| 7/18/05 | Review of voicemail from potential declarant re declaration; exchange of emails re status, etc. | .20 |

*Moore, et al. v. Bank of America, N.A. (USA):* March through July 2005 Statement
Page 2

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|------------------------|-------|
| | (by Richard M. Pearl) | |
| 7/19/05 | Revision of A. Mansfield declaration; preparation of email to R. Green re same; review of San Diego rate information; exchange of emails with J. Welling re brief, etc. | .70 |
| 7/21/05 | Revision of JW, RMP declarations; phone conference with R. Green re same, editing brief; exchange emails re above | 2.55 |
| **TOTAL HOURS** | | 10.95 |

Recycled Stock #WEX-5-B

☑ 002/003



**HIGHER BILLS:** Gordon Davidson, Fenwick's chairman, said his firm lagged behind competitors in hourly rates after holding steady during the economic woes of the last few years.

THE RECORDER · TUESDAY, DECEMBER 9, 2003



# Rates on the Rise

*For first time in two years, Fenwick & West hikes its hourly rates for partners, associates*

By Renee Deger
RECORDER STAFF WRITER

Fenwick & West is wasting no time cashing in on the possibility of an economic recovery in Silicon Valley.

After two years of holding billable hour rates for partners steady, Fenwick announced to clients last week it is raising rates by 10 percent.

Fenwick's decision illustrates a growing optimism among Silicon Valley law firms that a steady increase in corporate work in the autumn means the economy may be on the rebound. Fenwick's management, at least, seems to believe in-house lawyers who have been trying to slash legal spending during the downturn may be willing to absorb larger legal bills.

"It's a sign of bullishness that the economy is coming back," said Peter Zeughauser, a partner with law firm consultant Zeughauser Group.

Fenwick may get some company in raising rates. Law firms typically review their billing rates at the end of the year and raise them in January in anticipation of rising expenses. Managers at several Bay Area law firms say they continued to review rate hikes even during the downturn.

See FENWICK page 7

## Hourly Rates

Fenwick & West's pending rate increase makes the firm's per-hour partner billing rates comparable to what national firms are charging.

| Firm | ▼ Low End | ▲ High End |
|---|---|---|
| Bingham McCutchen | $340 | $735 |
| Skadden, Arps, Slate, Meagher & Flom | $495 | $725 |
| Latham & Watkins | $450 | $725 |
| Reed Smith | $245 | $705 |
| Fenwick & West | $400 | $700 |
| Morrison & Foerster | $215* | $675* |
| Morgan, Lewis & Bockius | $385 | $645 |

Ex. 3
32

(2/03/2003 15:23 FAX  415 575 0300                                              ☒ 003/003

# FENWICK

Continued from page 1

In a letter to clients, Fenwick partners said their billing rates beginning Jan. 1 will range from $400 to $700 an hour, and hourly fees for associates will range from $190 to $400 per hour. Those fee ranges represent a 10 percent increase in partner rates and a more modest increase for associates, the letter said.

Zeughauser said the move could also mean that Fenwick needs the money and is boosting fees to increase profitability to help counter the slowdown in corporate work. "The additional incremental dollars go right to the bottom line," Zeughauser said. "This is all profit and that helps a lot."

Fenwick's revenue and profits soared during the boom, and the firm's gross peaked in 2000 when it logged $148 million. Profits per equity partner that year were $800,000. By 2002, the firm's revenue had slipped to $142 million, and profits per partner dropped 19 percent to $650,000.

Fenwick had held most partner fees at 2002 levels and associate rates at 2001 levels, according to the letter to clients. After comparing the firm's billing rates with competitors, firm managers decided Fenwick wasn't charging enough, the letter said.

"As a result, we have reluctantly concluded that increases in our rates are necessary in order to continue to attract and retain the best talent while maintaining our commitment to providing value to our clients commensurate with the fees charged," said one partner's letter to a client.

Gordon Davidson, Fenwick's chairman, said the firm did not keep pace with rate increases made by its competitors.

"Recognizing the economic downturn among our clients, we determined to hold our rates flat to be a good business partner," Davidson said.

"We reviewed independent, third-party surveys and learned our rates, which had been held flat for two or three years, were significantly below the Silicon Valley and San Francisco firms," Davidson said, "and even farther behind the New York, Los Angeles and Chicago firms which have offices in Silicon Valley."

Fenwick is not alone among firms considering rate increases. Pillsbury Winthrop is currently conducting its annual survey of partner and associate rates and any changes to their practices over the last year.

Marina Park, Pillsbury's managing partner, said rather than instituting across-the-board rate increases, the firm considers the experience level of each lawyer, particularly the partners, and where they're practicing.

"We have to be sensitive if there's a downturn in a particular area of the country," Park said. "That's something we're very cognizant of for the coming year."

The firm doesn't set limits on how much fees may go up, however. Park said some partner fees could go up by 10 percent or more while others could remain unchanged.

Holding firm on most hourly rates put Fenwick in the unenviable position of increasing fees by a larger percentage than

> ## 'It's a sign of bullishness that the economy is coming back.'
>
> — PETER ZEUGHAUSER
> *law firm consultant*

firms usually do in a typical year, said Ward Bower, a principal at Altman, Weil Inc., a law firm consultant.

Bower said firms have been increasing billable hour rates by 2 to 4 percent since the economy began to contract.

"They're inviting resistance," Bower said of Fenwick. "It's one thing to increase a little bit every year but to try to put across a big increase will cause clients to raise their eyebrows."

The new fees put Fenwick's partner rates just below the fees charged by bigger players, like Latham & Watkins and Skadden, Arps, Slate, Meagher & Flom, according to data compiled by The National Law Journal, an affiliate of The Recorder.

Skadden partners command hourly rates ranging from $495 to $725, and Latham's partners pull down $450 to $725 per hour, according to the data culled from law firm surveys and public records.

Fenwick's announcement drew mixed reviews from clients. Several in-house lawyers said they're resigned to price increases for some work. Fenwick's decision may prompt some of them to shop around litigation, real estate and similar kinds of work to other firms.

Nicholas Spaeth, general counsel of Intuit Inc., said he will likely shop around some work — though he stressed the larger fees won't affect Fenwick's representing the company on securities and corporate governance issues.

"There's some work that is immune from rate increases," Spaeth said. "You have a relationship with a law firm, and they provide certain core services, and they know your business."

Spaeth added that he was somewhat surprised by Fenwick's decision to boost fees now with a full recovery still uncertain. "At some point, it's inevitable," Spaeth said. "It's just not my sense the Valley has heated up yet."

Jason Mendelson, general counsel of Mobius Venture Capital, said the firm is still reasonably priced even with the increase. He also lauded the firm for holding rates down during the worst of the downturn.

"They certainly got the attention from some of my portfolio companies by doing that," Mendelson said. "Hourly rates at law firms is something we track closely on a habitual basis to make sure the portfolio companies are not overpaying for legal services."

*Senior Writer Renee Deger's e-mail address is rdeger@therecorder.com.*

**Ex. 3**

**33**



• Law.com Home    • Newswire    • LawJobs    • CLE Center    • LawCatalog    • Our Sites    • Advertise

# LAW.COM
### First in Legal News and Information

lawcatalog.com

SEARCH:
Newswire Content

December 9, 2004

**News & More:**

Today's News

**Focus On:**

Career Center

Supreme Court Monitor

Law Students

**Document Preparation:**

Incorporation

LLC

Trademark Registration

Copyright

Wills

Power of Attorney

Provisional Patents

**Other Resources:**

Online CLE

Law Firm Central

LawJobs



martindale.com
Lawyer Locator

Last name

First name

State/Province

SEARCH

Martindale-Hubbell's
Lawyer Locator

DolphinSearch
Sets the Standard in Accuracy for Electronic Document Discovery



**NEWS**

## Law Firms' Billing Rates Climb Ever Higher
In a possible sign of confidence in the economy, some firms demonstrated notable upswings

Leigh Jones
The National Law Journal
12-09-2004

Law firms showed healthy increases in billing rates this year, with the vast majority of those participating in The National Law Journal's annual survey boosting both associate and partner fees.

This year, 125 law firms responded to questions about billing rates, which were part of the NLJ's survey sent to about 300 firms to determine the NLJ 250, the annual list of the nation's 250 largest law firms. Of those 125 firms responding to the survey's questions about billing, 110 also supplied answers to those questions in the 2003 survey.

The upshot of the results is that billing rates continued to climb this year, with some firms demonstrating notable upswings as perhaps a vote of confidence in the 2004 economy.

At the high end of partners' billing rates, meaning the most expensive rate a firm charges for its most accomplished partners, 88 of the 110 firms responding for the last two consecutive years raised their fees. At the high end of associates' billing rates, meaning the most a law firm charges for associate work, 81 of the 110 firms increased those fees.

Reed Smith reported the highest partner rate, at $875 per hour. It increased its high-end rate by $170 per hour, a major jump compared with other firms.



Image: Digital Vision

**RELATED ARTICLES & CASE STUDIES**

▶ Firm by Firm Mean Billing Rates
▶ Billing Rates for Junior and Senior Associates

| Printer-friendly version | Comment on this article | Reprints & Permissions |
|---|---|---|



Something Free for Small Firms.

REGISTER NOW FOR THE SFB NEWSLETTER

"Whether they feel it's a 'bet your company' matter or whether they need 10 minutes or an hour, or 100 hours, when they feel they need the very best counsel, they're going to pay whatever they need to," he said.

That the most handsomely paid lawyers may be able to get the job done in less time than a midlevel attorney presents a cost-saving benefit, but that reason is not the main purpose for general counsel's decision, Henning said. "That's not what drives their purchase," he said.

Many firms in the South and Southeast also stepped up their fees in 2004. Atlanta's Alston & Bird, for example, charged $675 at the high end for partner work, up from $600 last year. Baker, Donelson, Bearman Caldwell & Berkowitz, whose largest office is in Nashville, Tenn., raised its high-end partner rate by $25, to $500. Columbia, S.C.-based Nelson Mullins Riley & Scarborough bucked the trend and kept its high-end partner fees the same, at $475, while decreasing its low-end partner rate by $10 and its high-end associate rate by $5.

The Southeast's biggest law firm, Greenberg Traurig, reported its high-end partner rate at $750, down $100 from the previous year. At the same time, the firm grew by 261 lawyers, the biggest growth spurt of any NLJ 250 firm in 2004.

Greenberg Traurig's Miami-based president and chief executive officer, Cesar Alvarez, said that the average billing rate for the firm, including associates and partners, increased from $334 last year to $350 this year. He attributed the decrease in high-end partner rates to the firm's foreign offices, which charged lower fees. Greenberg has offices in Amsterdam, Netherlands, and Zurich, Switzerland.

"The important thing is what the average is," Alvarez said. "At the high end, it doesn't much matter."

Many firms in the Midwest and Southwest also pushed up their rates. For example, Bryan Cave, in St. Louis, reported its top fee at $745 in 2004, up $195 from 2003. Partner rates at the low end increased $60, to $285. High-end associate fees rose to $420 per hour, up from $350.

The increase in the high-end partner fee at Bryan Cave was due to a rise in one New York partner's rate, said a spokesperson for the firm.

The Midwest and Southwest were no exception to increases. Piper Rudnick raised its high-end partner fees by $50 to $800 for its most compensated partners in its Chicago office. In addition, Dallas-based Jenkens & Gilchrist, Detroit's Dykema Gossett and Kansas City, Mo.-based Stinson Morrison Hecker all raised their high-end partner fees by $50 or less. By contrast, Michael Best & Friedrich, which has its largest office in Milwaukee, lowered its high-end partner rate by $25, to $425.

Part of the rate increases among most firms may have come from higher operating costs, Henning said. Still, though law firms are apt to spread those costs among rates charged for associate and partner work, most of the well-managed firms continue to make more money every year, he added.

**Related charts:**

*The National Law Journal*'s 2004 Billing Survey of the largest U.S. law firms provides rates for partners and associates at more than 130 firms. Now available in a searchable spreadsheet format, the information can be sorted and downloaded. An invaluable tool to compare your own firm's rates and the rates of the firms you hire.

Billing Rates for Junior and Senior Associates

Firm Mean Billing Rates

About ALM          • About law.com          • Privacy Policy          • Terms & Conditions

Copyright 2004 ALM Properties, Inc. All rights reserved.

**LAW.COM**
First in Legal News and Information

lawcatalog.com

December 9, 2004

SEARCH
Newswire Content

# Firm Mean Billing Rates

**Buy the 2004 NLJ Billing Survey**

| Fiscal Year | Firm Name | Location | Partner Billing Rate Mean | Associate Billing Rate Mean |
|---|---|---|---|---|
| 2004 | Akin Gump Strauss Hauer & Feld | Washington | $588 | $300 |
| 2004 | Alston & Bird | Atlanta | $503 | $303 |
| 2004 | Andrews Kurth | Houston | $505 | $288 |
| 2004 | Arent Fox | Washington | $450 | $280 |
| 2004 | Armstrong Teasdale | St. Louis | $298 | $180 |
| 2004 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis | $350 | $185 |
| 2004 | Ballard Spahr Andrews & Ingersoll | Philadelphia | $450 | $250 |
| 2004 | Bass, Berry & Sims | Nashville, Tenn. | $318 | $195 |
| 2004 | Bell, Boyd & Lloyd | Chicago | $448 | $268 |
| 2004 | Blackwell Sanders Peper Martin | Kansas City, Mo. | $275 | $195 |
| 2004 | Blank Rome | Philadelphia | $458 | $253 |
| 2004 | Bond, Schoeneck & King | Syracuse, N.J. | $298 | $210 |
| 2004 | Bracewell & Patterson | Houston | $513 | $278 |
| 2004 | Brinks Hofer Gilson & Lione | Chicago | $435 | $288 |
| 2004 | Brown Raysman Millstein Felder & Steiner | New York | $475 | $295 |
| 2004 | Bryan Cave | St. Louis | $515 | $285 |
| 2004 | Buchanan Ingersoll | Pittsburgh | $473 | $280 |
| 2004 | Buckingham, Doolittle & Burroughs | Akron, Ohio | $233 | $138 |
| 2004 | Bullivant Houser Bailey | Portland, Ore. | $260 | $195 |
| 2004 | Burr & Forman | Birmingham, Ala. | $310 | $203 |

| Year | Firm | City | | |
|------|------|------|---|---|
| 2004 | Butzel Long | Detroit | $308 | $200 |
| 2004 | Carlton Fields | Tampa, Fla. | $383 | $253 |
| 2004 | Choate, Hall & Stewart | Boston | $525 | $318 |
| 2004 | Cooley Godward | Palo Alto | $538 | $378 |
| 2004 | Covington & Burling | Washington | $540 | $290 |
| 2004 | Cozen O'Connor | Philadelphia | $373 | $287 |
| 2004 | Crowell & Moring | Washington | $473 | $253 |
| 2004 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $505 | $310 |
| 2004 | Davis Wright Tremaine | Seattle | $425 | $235 |
| 2004 | Day, Berry & Howard | Hartford, Conn. | $403 | $268 |
| 2004 | Dickinson Wright | Detroit | $345 | $188 |
| 2004 | Dickstein Shapiro Morin & Oshinsky | Washington | $488 | $285 |
| 2004 | Dinsmore & Shohl | Cincinnati | $300 | $178 |
| 2004 | Drinker Biddle & Reath | Philadelphia | $428 | $238 |
| 2004 | Duane Morris | Philadelphia | $413 | $283 |
| 2004 | Dykema Gossett | Detroit | $358 | $205 |
| 2004 | Edwards & Angell | Boston | $438 | $233 |
| 2004 | Epstein Becker & Green | New York | $408 | $263 |
| 2004 | Fenwick & West | Mountain View, Calif. | $538 | |
| 2004 | Foley & Lardner | Milwaukee | $700 | $180 |
| 2004 | Fowler White Boggs Banker | Tampa, Fla. | $285 | $180 |
| 2004 | Frost Brown Todd | Cincinnati | $293 | $190 |
| 2004 | Gardere Wynne Sewell | Dallas | $450 | $263 |
| 2004 | Gibbons, Del Deo, Dolan, Griffinger & Vecchione | Newark, N.J. | $465 | $250 |
| 2004 | Gordon & Rees | San Francisco | $328 | $253 |
| 2004 | Gray Cary Ware & Freidenrich | San Diego | $503 | $355 |
| 2004 | Greenberg Traurig | Miami | $493 | $295 |
| 2004 | Greenebaum Doll & McDonald | Louisville, Ky. | $310 | $170 |
| 2004 | Harris Beach | Rochester, N.Y. | $300 | $180 |
| 2004 | Haynes and Boone | Dallas | $500 | $275 |
| 2004 | Hodgson Russ | Buffalo, N.Y. | $358 | $238 |
| 2004 | Hogan & Hartson | Washington | $478 | $265 |
| 2004 | Holland & Knight | New York | $448 | $275 |
| 2004 | Holme Roberts & Owen | Denver | $400 | $248 |
| 2004 | Hughes & Luce | Dallas | $405 | $215 |

| | | | | |
|---|---|---|---|---|
| 2004 | Husch & Eppenberger | St. Louis | $265 | $155 |
| 2004 | Jackson Kelly | Charleston, W. Va. | $268 | $175 |
| 2004 | Jackson Lewis | White Plains, N.Y. | $250 | $270 |
| 2004 | Jenkens & Gilchrist | Dallas | $530 | $305 |
| 2004 | Jenner & Block | Chicago | $543 | $280 |
| 2004 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | New Orleans | $303 | $173 |
| 2004 | Kelley Drye & Warren | New York | $513 | $305 |
| 2004 | Kramer Levin Naftalis & Frankel | New York | $640 | $375 |
| 2004 | Lane Powell Spears Lubersky | Seattle | $328 | $235 |
| 2004 | Lewis, Rice & Fingersh | St. Louis | $295 | $210 |
| 2004 | Littler Mendelson | San Francisco | $363 | $290 |
| 2004 | Locke Liddell & Sapp | Houston | $498 | $250 |
| 2004 | Loeb & Loeb | Los Angeles | $350 | $280 |
| 2004 | Lowenstein Sandler | Roseland, N.J. | $438 | $278 |
| 2004 | Luce, Forward, Hamilton & Scripps | San Diego | $438 | $260 |
| 2004 | Manatt, Phelps & Phillips | Los Angeles | $548 | $325 |
| 2004 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | $193 | $173 |
| 2004 | McCarter & English | Newark, N.J. | $403 | $238 |
| 2004 | McGuireWoods | Richmond, Va. | $445 | $258 |
| 2004 | Michael Best & Friedrich | Milwaukee | $305 | $220 |
| 2004 | Miller & Martin | Chattanooga, Tenn. | $288 | $200 |
| 2004 | Miller, Canfield, Paddock and Stone | Detroit | $375 | $213 |
| 2004 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | Boston | $508 | $300 |
| 2004 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | $378 | $228 |
| 2004 | Morris, Manning & Martin | Atlanta | $358 | $225 |
| 2004 | Nelson Mullins Riley & Scarborough | Columbia, S.C. | $190 | $208 |
| 2004 | Nexsen Pruet | Columbia, S.C. | $190 | NA |
| 2004 | Parker Poe Adams & Bernstein | Charlotte, N.C. | $278 | $173 |
| 2004 | Patton Boggs | Washington | $518 | $250 |
| 2004 | Pepper Hamilton | Philadelphia | $435 | $255 |

| | | | | |
|---|---|---|---|---|
| 2004 | Perkins Coie | Seattle | $185 | $238 |
| 2004 | Phelps Dunbar | New Orleans | $150 | $125 |
| 2004 | Phillips Lytle | Buffalo, N.Y. | $298 | $198 |
| 2004 | Piper Rudnick | Chicago | $320 | $195 |
| 2004 | Pitney Hardin | Florham Park, N.J. | $425 | $243 |
| 2004 | Polsinelli Shalton Welte Suelthaus | Kansas City, Mo. | $300 | $175 |
| 2004 | Powell Goldstein | Atlanta | $383 | $248 |
| 2004 | Preston Gates & Ellis | Seattle | $383 | $273 |
| 2004 | Quarles & Brady | Milwaukee | $368 | $230 |
| 2004 | Reed Smith | Pittsburgh | $568 | $368 |
| 2004 | Robinson & Cole | Hartford, Conn. | $390 | $280 |
| 2004 | Roetzel & Andress | Akron, Ohio | $275 | $175 |
| 2004 | Saul Ewing | Philadelphia | $275 | $218 |
| 2004 | Schulte Roth & Zabel | New York | $613 | $348 |
| 2004 | Sedgwick, Detert, Moran & Arnold | San Francisco | $385 | $233 |
| 2004 | Shaw Pittman | Washington | $360 | $365 |
| 2004 | Sheppard, Mullin, Richter & Hampton | Los Angeles | $480 | $290 |
| 2004 | Shook, Hardy & Bacon | Kansas City, Mo. | $449 | $229 |
| 2004 | Shughart Thomson & Kilroy | Kansas City, Mo. | $295 | $178 |
| 2004 | Shumaker, Loop & Kendrick | Toledo | $220 | $208 |
| 2004 | Smith, Gambrell & Russell | Atlanta | $373 | $235 |
| 2004 | Steel Hector & Davis | Miami | $490 | $203 |
| 2004 | Stinson Morrison Hecker | Kansas City, Mo. | $225 | $185 |
| 2004 | Stoel Rives | Portland, Ore. | $240 | $150 |
| 2004 | Stradley Ronon Stevens & Young | Philadelphia | $265 | $210 |
| 2004 | Strasburger & Price | Dallas | $370 | $243 |
| 2004 | Sutherland Asbill & Brennan | Atlanta | $518 | $290 |
| 2004 | Swidler Berlin Shereff Friedman | Washington | $375 | $195 |
| 2004 | Thelen Reid & Priest | San Francisco | $350 | $300 |
| 2004 | Thompson & Knight | Dallas | $400 | $223 |
| 2004 | Thompson Coburn | St. Louis | $220 | $193 |
| 2004 | Thompson Hine | Cleveland | $265 | $233 |
| 2004 | Vedder, Price, Kaufman & Kammholz | Chicago | $410 | $275 |

| 2004 | Venable | Washington | $285 | $263 |
|------|---------|------------|------|------|
| 2004 | Wiggin and Dana | New Haven | $358 | $253 |
| 2004 | Wiley Rein & Fielding | Washington | $475 | $258 |
| 2004 | Williams Mullen | Richmond, Va. | $365 | $200 |
| 2004 | Winstead Sechrest & Minick | Dallas | $250 | $238 |
| 2004 | Womble Carlyle Sandridge & Rice | Winston-Salem, N.C. | $378 | $210 |
| 2004 | Wyatt, Tarrant & Combs | Louisville, Ky. | $175 | $115 |

(*The National Law Journal*, December 2004)

• About ALM          • About law.com          • Privacy Policy          • Terms & Conditions

Copyright 2004 ALM Properties, Inc. All rights reserved.

## LAW.COM
### First in Legal News and Information

lawcatalog.com

December 9, 2004

SEARCH
Newswire Content

# Billing Rates for Junior and Senior Associates

**Buy the 2004 NLJ Billing Survey**

The following is a sampling of hourly rates charged by law firms that establish billing rates based on associate class. The name of each firm is followed by its number of attorneys and the location of its principal or largest office.

### Alston & Bird (706) (Atlanta)

| | | | |
|------|------|-----|------|
| 1st  | $186 | 5th | $283 |
| 2nd  | $213 | 6th | $320 |
| 3rd  | $235 | 7th | $332 |
| 4th  | $264 | 8th | $366 |

### Blank Rome (459) (Philadelphia)

| | | | |
|------|-------------|-----|-------------|
| 1st  | $185-$215   | 5th | $210-$270   |
| 2nd  | $190-$225   | 6th | $215-$280   |
| 3rd  | $195-$240   | 7th | $230-$310   |
| 4th  | $205-$225   | 8th | $240-$340   |

### Brown Raysman Millstein Felder & Steiner (236) (New York)

| | | | |
|------|------|-----|------|
| 1st  | $230 | 5th | $315 |
| 2nd  | $250 | 6th | $340 |
| 3rd  | $270 | 7th | $365 |
| 4th  | $295 | 8th | $380 |

### Crowell & Moring (275) (Washington)

| | | | |
|------|------|-----|------|
| 1st  | $225 | 5th | $325 |
| 2nd  | $255 | 6th | $345 |
| 3rd  | $280 | 7th | $365 |
| 4th  | $300 | 8th | $365 |

### Davis Wright Tremaine (382) (Seattle)

| 1st | $170 | 5th | $235 |
|-----|------|-----|------|
| 2nd | $190 | 6th | $245 |
| 3rd | $205 | 7th | $260 |
| 4th | $220 | 8th | $270 |

### Day, Berry & Howard (240) (Hartford, Conn.)

| 1st | $180-$195 | 5th | $245-$295 |
|-----|-----------|-----|-----------|
| 2nd | $195-$225 | 6th | $265-$320 |
| 3rd | $225-$250 | 7th | $285-$345 |
| 4th | $235-$275 | 8th | $295-$355 |

### Dinsmore & Shohl (244) (Cincinnati)

| 1st | $135 | 5th | $185 |
|-----|------|-----|------|
| 2nd | $140 | 6th | $195 |
| 3rd | $155 | 7th | $205 |
| 4th | $170 | 8th | $215 |

### Drinker Biddle & Reath (458) (Philadelphia)

| 1st | $170 | 5th | $260 |
|-----|------|-----|------|
| 2nd | $200 | 6th | $270 |
| 3rd | $220 | 7th | $275 |
| 4th | $240 | 8th | $285 |

### Gardere Wynne Sewell (290) (Dallas)

| 1st | $165 | 5th | $245 |
|-----|------|-----|------|
| 2nd | $180 | 6th | $260 |
| 3rd | $205 | 7th | $275 |
| 4th | $230 | 8th | $290 |

### Hogan & Hartson (996) (Washington)

| 1st | $225 | 5th | $325 |
|-----|------|-----|------|
| 2nd | $250 | 6th | $350 |
| 3rd | $275 | 7th | $375 |
| 4th | $300 | 8th | $400 |

### Jenkens & Gilchrist (459) (Dallas)

| 1st | $195 | 5th | $265 |
|-----|------|-----|------|
| 2nd | $211 | 6th | $280 |
| 3rd | $230 | 7th | $292 |
| 4th | $249 | 8th | $302 |

### Kelley Drye & Warren (317) (New York)

| 1st | $220 | 5th | $320 |
|-----|------|-----|------|
| 2nd | $245 | 6th | $340 |
| 3rd | $270 | 7th | $360 |

| 4th | $300 | 8th | $380 |

**Kramer Levin Naftalis & Frankel (306) (New York)**

| 1st | $250 | 5th | $390 |
| 2nd | $260 | 6th | $425 |
| 3rd | $320 | 7th | $440 |
| 4th | $360 | 8th | $455 |

**Lewis, Rice & Fingersh (174) (St. Louis)**

| 1st | $150 | 5th | $230 |
| 2nd | $175 | 6th | $250 |
| 3rd | $195 | 7th | $265 |
| 4th | $220 | 8th | $285 |

**Luce, Forward, Hamilton & Scripps (160) (San Diego)**

| 1st | $170 | 5th | $250-$275 |
| 2nd | $200 | 6th | $250-$295 |
| 3rd | $215 | 7th | $270-$295 |
| 4th | $230-$235 | 8th | $290-$350 |

**Manatt, Phelps & Phillips (310) (Los Angeles)**

| 1st | $225 | 5th | $340 |
| 2nd | $255 | 6th | $365 |
| 3rd | $285 | 7th | $385 |
| 4th | $310 | 8th | $425 |

**McCarter & English (348) (Newark, N.J.)**

| 1st | $180 | 5th | $245 |
| 2nd | $200 | 6th | $250 |
| 3rd | $215 | 7th | $260-$265 |
| 4th | $240 | 8th | $270-$275 |

**Patton Boggs (382) (Washington)**

| 1st | $190 | 5th | $270 |
| 2nd | $205 | 6th | $285 |
| 3rd | $220 | 7th | $305 |
| 4th | $245 | 8th | $325 |

**Piper Rudnick (980) (Chicago)**

| 1st | $213 | 5th | $303 |
| 2nd | $225 | 6th | $323 |
| 3rd | $257 | 7th | $330 |
| 4th | $277 | 8th | $361 |

**Pitney Hardin (185) (Florham Park, N.J.)**

| 1st | $170-$180 | 5th | $230-$275 |
| 2nd | $175-$220 | 6th | $250-$300 |
| 3rd | $180-$225 | 7th | $250-$315 |
| 4th | $220-$250 | 8th | $250-$315 |

**Powell Goldstein (291) (Atlanta)**

| 1st | $175 | 5th | $230 |
| 2nd | $190 | 6th | $260 |
| 3rd | $200 | 7th | $270 |
| 4th | $210 | 8th | $270 |

**Schulte Roth & Zabel (366) (New York)**

| 1st | $200 | 5th | $390 |
| 2nd | $280 | 6th | $410 |
| 3rd | $330 | 7th | $430 |
| 4th | $365 | 8th | $450 |

**Sheppard, Mullin, Richter & Hampton (410) (Los Angeles)**

| 1st | $220 | 5th | $305 |
| 2nd | $240 | 6th | $325 |
| 3rd | $260 | 7th | $345 |
| 4th | $280 | 8th | $360 |

**Shumaker, Loop & Kendrick (159) (Toledo, Ohio)**

| 1st | $150 | 5th | $175 |
| 2nd | $155 | 6th | $180 |
| 3rd | $160 | 7th | $185 |
| 4th | $165 | 8th | $195 |

**Steel Hector & Davis (194) (Miami)**

| 1st | $185 | 5th | $245-$255 |
| 2nd | $200 | 6th | $265-$275 |
| 3rd | $230 | 7th | $275 |
| 4th | $235-$245 | 8th | $305 |

**Wiley Rein & Fielding (246) (Washington)**

| 1st | $190 | 5th | $280 |
| 2nd | $215 | 6th | $295 |
| 3rd | $240 | 7th | $315 |
| 4th | $260 | 8th | $325 |

(*The National Law Journal*, December 2004)

Ex. 4

46

About ALM          • About law.com          • Privacy Policy          • Terms & Conditions

Copyright 2004 ALM Properties, Inc. All rights reserved.

FOR TERMS ON USAGE, PLEASE REFER TO LICENSING AGREEMENT. © 2004 ALM Properties, Inc. All Rights Reserved.

NLJ Billing Survey archives are available from 1998.  Click here for details: legalmarketing@amlaw.com

| Fiscal Year | Firm Name | Location | Partner Billing Rate Low | Partner Billing Rate High | Associate Billing Rate Low | Associate Billing Rate High |
|---|---|---|---|---|---|---|
| 2004 | Buckingham, Doolittle & Burroughs | Akron, Ohio | $160 | $305 | $90 | $185 |
| 2004 | Roetzel & Andress | Akron, Ohio | $175 | $375 | $135 | $215 |
| 2004 | Alston & Bird | Atlanta | $330 | $675 | $175 | $430 |
| 2004 | Morris, Manning & Martin | Atlanta | $250 | $465 | $125 | $325 |
| 2004 | Powell Goldstein | Atlanta | $265 | $500 | $165 | $330 |
| 2004 | Smith, Gambrell & Russell | Atlanta | $250 | $495 | $150 | $320 |
| 2004 | Sutherland Asbill & Brennan | Atlanta | $360 | $675 | $195 | $385 |
| 2004 | Burr & Forman | Birmingham, Ala. | $235 | $385 | $140 | $265 |
| 2004 | Plunkett & Cooney | Bloomfield Hills | | | | |
| 2004 | Bingham McCutchen | Boston | | | | |
| 2004 | Choate, Hall & Stewart | Boston | $400 | $650 | $245 | $390 |
| 2004 | Edwards & Angell | Boston | $275 | $600 | $115 | $350 |
| 2004 | Fish & Richardson | Boston | | | | |
| 2004 | Foley Hoag | Boston | | | | |
| 2004 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo | Boston | $395 | $620 | $175 | $425 |
| 2004 | Phillips Lytle | Buffalo, N.Y. | $210 | $385 | $105 | $290 |
| 2004 | Hodgson Russ | Buffalo, N.Y. | $215 | $500 | $125 | $350 |
| 2004 | Jackson Kelly | Charleston, W. Va. | $175 | $360 | $100 | $250 |
| 2004 | Parker Poe Adams & Bernstein | Charlotte, N.C. | $155 | $400 | $120 | $225 |
| 2004 | Miller & Martin | Chattanooga, Tenn. | $200 | $375 | $140 | $260 |
| 2004 | Bell, Boyd & Lloyd | Chicago | $295 | $600 | $210 | $325 |
| 2004 | Brinks Hofer Gilson & Lione | Chicago | $320 | $550 | $190 | $385 |
| 2004 | Hinshaw & Culbertson | Chicago | | | | |
| 2004 | Jenner & Block | Chicago | $385 | $700 | $195 | $365 |
| 2004 | Piper Rudnick | Chicago | $320 | $800 | $195 | $430 |
| 2004 | Vedder, Price, Kaufman & Kammholz | Chicago | $295 | $525 | $175 | $375 |
| 2004 | Dinsmore & Shohl | Cincinnati | $210 | $390 | $125 | $230 |
| 2004 | Frost Brown Todd | Cincinnati | $190 | $395 | $130 | $250 |
| 2004 | Stepoe & Johnson PLLC | Clarksburg, W. Va. | | | | |
| 2004 | Baker & Hostetler | Cleveland | | | | |
| 2004 | Calfee, Halter & Griswold | Cleveland | | | | |

| Firm Billing Alternatives | NLJ Billing Source | NLJ Billing Notes |
|---|---|---|
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | 1 partner bills at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | 1 partner bills at $375 |
| fixed; hybrid; retrospective | National Law Journal, December 6, 2004 | 1 partner bills at $675 |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | 1 partner bills at $465 |
| fixed; contingency | National Law Journal, December 6, 2004 | 2 partners bill at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | 2 partners bill at $620 |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | 3 partners bill at $620 |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; retrospective | National Law Journal, December 6, 2004 | 1 partner bills at $375 |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | 1 partner bills at $800; 3 partners bill at $690; |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | 1 partner bills at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed | National Law Journal, December 6, 2004 | |

| Year | Firm | City | | | | |
|---|---|---|---|---|---|---|
| 2004 | Squire, Sanders & Dempsey | Cleveland | $265 | $565 | $140 | $325 |
| 2004 | Thompson Hine | Cleveland | $190 | $475 | $150 | $265 |
| 2004 | Nelson Mullins Riley & Scarborough | Columbia, S.C. | $190 | | | |
| 2004 | Nexsen Pruet | Columbia, S.C. | $300 | | | |
| 2004 | Rutan & Tucker | Costa Mesa | | | | |
| 2004 | Gardere Wynne Sewell | Dallas | $300 | $600 | $165 | $360 |
| 2004 | Haynes and Boone | Dallas | $300 | $700 | $175 | $375 |
| 2004 | Hughes & Luce | Dallas | $260 | $550 | $165 | $265 |
| 2004 | Jenkens & Gilchrist | Dallas | $295 | $765 | $180 | $430 |
| 2004 | Strasburger & Price | Dallas | $215 | $525 | $160 | $325 |
| 2004 | Thompson & Knight | Dallas | $275 | $525 | $160 | $285 |
| 2004 | Winstead Sechrest & Minick | Dallas | $250 | $595 | $160 | $325 |
| 2004 | Holme Roberts & Owen | Denver | $250 | $550 | $160 | $335 |
| 2004 | Butzel Long | Detroit | $185 | $430 | $150 | $250 |
| 2004 | Dickinson Wright | Detroit | $235 | $550 | $160 | $335 |
| 2004 | Dykema Gossett | Detroit | $185 | $455 | $150 | $225 |
| 2004 | Miller, Canfield, Paddock and Stone | Detroit | $215 | $500 | $155 | $255 |
| 2004 | Pitney Hardin | Florham Park, N.J. | $235 | $455 | $155 | $225 |
| 2004 | Ruden McClosky | Ft. Lauderdale, Fla. | $240 | $510 | $160 | $265 |
| 2004 | Day, Berry & Howard | Hartford, Conn. | $300 | $550 | $170 | $315 |
| 2004 | Robinson & Cole | Hartford, Conn. | $305 | $500 | $180 | $355 |
| 2004 | Andrews Kurth | Houston | $280 | $500 | $160 | $400 |
| 2004 | Bracewell & Patterson | Houston | $350 | $660 | $180 | $395 |
| 2004 | Locke Liddell & Sapp | Houston | $235 | $790 | $160 | $395 |
| 2004 | Vinson & Elkins | Houston | $320 | $675 | $150 | $350 |
| 2004 | Blackwell Sanders Peper Martin | Kansas City, Mo. | $180 | $370 | $145 | $245 |
| 2004 | Lathrop & Gage | Kansas City, Mo. | | | | |
| 2004 | Polsinelli Shalton Welte Suelthaus | Kansas City, Mo. | $200 | $400 | $125 | $225 |
| 2004 | Shook, Hardy & Bacon | Kansas City, Mo. | $240 | $658 | $162 | $295 |
| 2004 | Shughart Thomson & Kilroy | Kansas City, Mo. | $195 | $395 | $150 | $205 |
| 2004 | Stinson Morrison Hecker | Kansas City, Mo. | $225 | $415 | $135 | $235 |
| 2004 | Irell & Manella | Los Angeles | | | | |
| 2004 | Latham & Watkins | Los Angeles | | | | |
| 2004 | Lewis Brisbois Bisgaard & Smith | Los Angeles | | | | |
| 2004 | Loeb & Loeb | Los Angeles | $350 | $725 | $185 | $375 |
| 2004 | Manatt, Phelps & Phillips | Los Angeles | $420 | $675 | $225 | $425 |
| 2004 | Paul, Hastings, Janofsky & Walker | Los Angeles | | | | |

| Billing type | Citation | Note |
|---|---|---|
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2003 | 3 partners bill at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2002 | 2 partners bill at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2003 | 10 partners bill at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2003 | 3 partners bill at $700 |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | 1 partner bills at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2003 | 1 partner bills at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | 4 partners bill at $500; 4 partners bill at $305 |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | 1 partner bills at $660 |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2001 | 1 partner bills at $658; 2 partners bill at $240 |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2001 | 1 partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |

| 2004 | Quinn Emanuel Urquhart Oliver & Hedges | Los Angeles | $365 | $595 | $220 | $360 |
|------|----------------------------------------|-------------|------|------|------|------|
| 2004 | Sheppard, Mullin, Richter & Hampton | Los Angeles | | | | |
| 2004 | Greenebaum Doll & McDonald | Louisville, Ky. | $220 | $400 | $130 | $210 |
| 2004 | Stites & Harbison | Louisville, Ky. | | | | |
| 2004 | Wyatt, Tarrant & Combs | Louisville, Ky. | $175 | $330 | $115 | $215 |
| 2004 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis | $200 | $500 | $120 | $250 |
| 2004 | Akerman Senterfitt | Miami | | | | |
| 2004 | Greenberg Traurig | Miami | $235 | $750 | $140 | $450 |
| 2004 | Steel Hector & Davis | Miami | $220 | $760 | $100 | $305 |
| 2004 | Foley & Lardner | Milwaukee | | $700 | $180 | |
| 2004 | Michael Best & Friedrich | Milwaukee | $185 | $425 | $165 | $275 |
| 2004 | Quarles & Brady | Milwaukee | $235 | $500 | $175 | $285 |
| 2004 | Briggs and Morgan | Minneapolis | | | | |
| 2004 | Fredrikson & Byron | Minneapolis | | | | |
| 2004 | Lindquist & Vennum | Minneapolis | | | | |
| 2004 | Fenwick & West | Mountain View, Calif | $425 | $650 | $130 | $175 |
| 2004 | Bass, Berry & Sims | Nashville, Tenn. | $185 | $450 | $260 | |
| 2004 | Wiggin and Dana | New Haven | $250 | $465 | $165 | $340 |
| 2004 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | New Orleans | $180 | $425 | $125 | $220 |
| 2004 | McGlinchey Stafford | New Orleans | | | | |
| 2004 | Phelps Dunbar | New Orleans | $150 | $350 | $125 | $175 |
| 2004 | Brown Raysman Millstein Felder & Steiner | New York | $350 | $600 | $190 | $400 |
| 2004 | Cadwalader, Wickersham & Taft | New York | | | | |
| 2004 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $360 | $650 | $150 | $470 |
| 2004 | Epstein Becker & Green | New York | $265 | $550 | $385 | $140 |
| 2004 | Holland & Knight | New York | $230 | $665 | $155 | $395 |
| 2004 | Hughes Hubbard & Reed | New York | | | | |
| 2004 | Kelley Drye & Warren | New York | $325 | $700 | $185 | $425 |
| 2004 | Kramer Levin Naftalis & Frankel | New York | $490 | $790 | $260 | $490 |
| 2004 | LeBoeuf, Lamb, Greene & MacRae | New York | | | | |
| 2004 | Patterson, Belknap, Webb & Tyler | New York | | | | |
| 2004 | Proskauer Rose | New York | | | | |
| 2004 | Schulte Roth & Zabel | New York | $500 | $725 | $200 | $495 |
| 2004 | Thacher Proffitt & Wood | New York | | | | |
| 2004 | White & Case | New York | | | | |
| 2004 | Wilson, Elser, Moskowitz, Edelman & Dicker | New York | | | | |
| 2004 | Sills Cummis Epstein & Gross | Newark, N.J. | | | | |



| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 | 2 partners bill at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 | 3 partners bill at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 | 1 partner bills at $4425; 1 partners bill at $185 |
| fixed; contingency; hybrid | National Law Journal, December 6, 200 | 1 partner bills at $500 |
| fixed; hybrid; retrospective | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| | National Law Journal, December 6, 2004 | |
| | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 | 2 partners bill at highest rate |
| nohybrid; retrospective | National Law Journal, December 6, 2004 | |
| | National Law Journal, December 6, 2004 | |
| fixed | National Law Journal, December 6, 2001 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |

| Year | Firm | City | | | | |
|------|------|------|----|----|----|----|
| 2004 | Gibbons, Del Deo, Dolan, Griffinger & Vecchione | Newark, N.J. | $270 | $660 | $160 | $340 |
| 2004 | McCarter & English | Newark, N.J. | $270 | $535 | $175 | $300 |
| 2004 | Cooley Godward | Palo Alto | $375 | $700 | $205 | $550 |
| 2004 | Ballard Spahr Andrews & Ingersoll | Philadelphia | $300 | $600 | $160 | $340 |
| 2004 | Blank Rome | Philadelphia | $290 | $625 | $185 | $320 |
| 2004 | Cozen O'Connor | Philadelphia | $195 | $550 | $125 | $448 |
| 2004 | Drinker Biddle & Reath | Philadelphia | $305 | $550 | $150 | $325 |
| 2004 | Duane Morris | Philadelphia | $220 | $605 | $185 | $380 |
| 2004 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | $135 | $250 | $125 | $220 |
| 2004 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | $260 | $495 | $180 | $275 |
| 2004 | Morgan, Lewis & Bockius | Philadelphia | $275 | $595 | $155 | $355 |
| 2004 | Pepper Hamilton | Philadelphia | $275 | $525 | $155 | $280 |
| 2004 | Saul Ewing | Philadelphia | $265 | $550 | $145 | $275 |
| 2004 | Stradley Ronon Stevens & Young | Philadelphia | | | | |
| 2004 | Wolf, Block, Schorr and Solis-Cohen | Philadelphia | $135 | | | |
| 2004 | Snell & Wilmer | Phoenix | | | | |
| 2004 | Buchanan Ingersoll | Pittsburgh | $225 | $720 | $150 | $410 |
| 2004 | Eckert Seamans Cherin & Mellott | Pittsburgh | | | | |
| 2004 | Kirkpatrick & Lockhart | Pittsburgh | | | | |
| 2004 | Reed Smith | Pittsburgh | $260 | $875 | $150 | $586 |
| 2001 | Bullivant Houser Bailey | Portland, Ore. | $170 | $350 | $140 | $250 |
| 2004 | Stoel Rives | Portland, Ore. | $240 | $465 | $150 | $300 |
| 2004 | Stevens & Lee | Reading, Pa. | | | | |
| 2004 | McGuireWoods | Richmond, Va. | $240 | $650 | $150 | $365 |
| 2004 | Williams Mullen | Richmond, Va. | $180 | $550 | $135 | $264 |
| 2004 | Harris Beach | Rochester, N.Y. | | $350 | $135 | $225 |
| 2004 | Nixon Peabody | Rochester, N.Y. | $250 | | | |
| 2004 | Lowenstein Sandler | Roseland, N.J. | $300 | $575 | $160 | $395 |
| 2004 | Gray Cary Ware & Freidenrich | San Diego | $310 | $695 | $215 | $495 |
| 2004 | Lerach Coughlin Stoia Geller Rudman & Robbins | San Diego | | $550 | | |
| 2004 | Luce, Forward, Hamilton & Scripps | San Diego | $325 | $550 | $170 | $350 |
| 2004 | Gordon & Rees | San Francisco | $155 | $500 | $130 | $375 |
| 2004 | Howard Rice Nemerovski Canady Falk & Rabkin | San Francisco | | | | |
| 2004 | Littler Mendelson | San Francisco | $200 | $525 | $155 | $425 |
| 2004 | Morrison & Foerster | San Francisco | | | | |
| 2004 | Sedgwick, Detert, Moran & Arnold | San Francisco | $345 | $425 | $120 | $345 |
| 2004 | Thelen Reid & Priest | San Francisco | $350 | $650 | $175 | $425 |

| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| --- | --- | --- |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 200 2 | partners bill at $495 |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 1 | partner bills at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 1 | partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 1 | partner bills at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 1 | partner bills at $875 |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 1 | partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 1 | partner bills at $650; 1 partner bills at $240 |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; hybrid; retrospective | National Law Journal, December 6, 200 12 | partners bill at highest rate |

| Year | Firm | City | | | | |
|---|---|---|---|---|---|---|
| 2004 | Townsend and Townsend and Crew | San Francisco | $610 | | $145 | $325 |
| 2004 | Davis Wright Tremaine | Seattle | $240 | | $190 | |
| 2004 | Lane Powell Spears Lubersky | Seattle | $415 | | $190 | $280 |
| 2004 | Perkins Coie | Seattle | $185 | | $125 | $350 |
| 2004 | Preston Gates & Ellis | Seattle | $495 | | $135 | |
| 2004 | Armstrong Teasdale | St. Louis | $190 | $575 | | $410 |
| 2004 | Bryan Cave | St. Louis | $220 | $375 | $120 | $240 |
| 2004 | Husch & Eppenberger | St. Louis | $285 | $745 | $150 | |
| 2004 | Lewis, Rice & Fingersh | St. Louis | $180 | $350 | $115 | $420 |
| 2004 | Thompson Coburn | St. Louis | $205 | $385 | $135 | $195 |
| 2004 | Bond, Schoeneck & King | St. Louis | $205 | $425 | $135 | $285 |
| 2004 | Carlton Fields | Syracuse, N.J. | $190 | $405 | $140 | $245 |
| 2004 | Fowler White Boggs Banker | Tampa, Fla. | $220 | $525 | $135 | $285 |
| 2004 | Shumaker, Loop & Kendrick | Tampa, Fla. | $240 | $395 | $170 | $335 |
| 2004 | Akin Gump Strauss Hauer & Feld | Toledo | $175 | $425 | $125 | $235 |
| 2004 | Arent Fox | Washington | $220 | $750 | $150 | $265 |
| 2004 | Covington & Burling | Washington | $425 | $550 | $205 | $395 |
| 2004 | Crowell & Moring | Washington | $350 | $690 | $185 | $375 |
| 2004 | Dickstein Shapiro Morin & Oshinsky | Washington | $390 | $595 | $170 | $410 |
| 2004 | Hogan & Hartson | Washington | $350 | $625 | $140 | $365 |
| 2004 | Jones Day | Washington | $350 | $725 | $195 | $375 |
| 2004 | Patton Boggs | Washington | $230 | | $125 | $405 |
| 2004 | Shaw Pittman | Washington | $245 | $790 | $165 | $335 |
| 2004 | Swidler Berlin Shereff Friedman | Washington | $360 | $685 | $195 | $535 |
| 2004 | Venable | Washington | $375 | $650 | $195 | $425 |
| 2004 | Wiley Rein & Fielding | Washington | $285 | $810 | $195 | $330 |
| 2004 | Williams & Connolly | Washington | $325 | $625 | $190 | $325 |
| 2004 | Jackson Lewis | White Plains, N.Y. | $250 | $500 | $160 | $380 |
| 2004 | Womble Carlyle Sandridge & Rice | Winston-Salem, N.C. | $205 | $550 | $125 | $295 |

| | | |
|---|---|---|
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 200 | |
| fixed; contingency; hybrid; retrospective | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid; retrospective | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospective | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | 1 partner bills at highest rate |
| fixed; contingency | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospective | National Law Journal, December 6, 200 | 3 partners bill at $550 |
| fixed; contingency; hybrid; retrospective | National Law Journal, December 6, 200 | 7 partners bill at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed, hybrid; retrospective | National Law Journal, December 6, 2004 | |
| fixed; contingency | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid; retrospective | National Law Journal, December 6, 200 | 3 partners brill at highest rate |
| fixed; contingency; hybrid; retrospective | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid | National Law Journal, December 6, 2004 | |
| fixed; contingency; hybrid; retrospective | National Law Journal, December 6, 2004 | |
| fixed; hybrid | National Law Journal, December 6, 200 | 1 partner bills at highest rate |
| fixed; contingency; hybrid; retrospectiv | National Law Journal, December 6, 2004 | |

Recycled   Stock # EX-5-B

## BEFORE THE PUBLIC UTILITIES COMMISSION
## OF THE STATE OF CALIFORNIA

| | |
|---|---|
| Rulemaking to Set Hourly Rates for Purposes of Calculating Intervenor Compensation Awards, Pursuant to Public Utilities Code Section 1801 and Following, for Work Performed in Calendar Year 2005. | Rulemaking 04-10-010 (Filed October 7, 2004) |

### SECOND UPDATED DATA SET OF SAN DIEGO GAS & ELECTRIC COMPANY AND SOUTHERN CALIFORNIA GAS COMPANY IN RESPONSE TO ADMINISTRATIVE LAW JUDGE'S RULING ON RESULTS OF FIRST WORKSHOP

Keith W. Melville
Attorney for:
San Diego Gas & Electric Company and
Southern California Gas Company
101 Ash Street
San Diego, CA  92101
Telephone:  (619) 699-5039
Facsimile:  (619) 699-5027
kmelville@sempra.com

March 4, 2005

Ex. 5

58

## BEFORE THE PUBLIC UTILITIES COMMISSION
## OF THE STATE OF CALIFORNIA

| | |
|---|---|
| Rulemaking to Set Hourly Rates for Purposes of Calculating Intervenor Compensation Awards, Pursuant to Public Utilities Code Section 1801 and Following, for Work Performed in Calendar Year 2005. | Rulemaking 04-10-010 (Filed October 7, 2004) |

## SECOND UPDATED DATA SET OF SAN DIEGO GAS & ELECTRIC COMPANY AND SOUTHERN CALIFORNIA GAS COMPANY IN RESPONSE TO ADMINISTRATIVE LAW JUDGE'S RULING ON RESULTS OF FIRST WORKSHOP

On February 18, 2005, ALJ Kotz ordered specified utilities (including SDG&E and SoCalGas) to file updated data sets using a methodology identified by PG&E. SDG&E and SoCalGas have updated the requested data using the identified methodology, as set forth below.

**Description of SDG&E/SoCalGas' Submission:**

SDG&E and SoCalGas have made a good faith effort to compile the more finely disaggregated data for 2003, 2004, and on a best-efforts basis for 2005, the rates charged by outside firms for attorney and expert services where the utilities have used the firm in Commission-related work. The following is a description of the data compiled:

**Outside Counsel:**

SDG&E/SoCalGas identified approximately 16 outside attorneys who performed work for the company on Commission proceedings during 2003. In 2004, SDG&E/SoCalGas did not need the assistance of outside attorneys for work on Commission proceedings. At the time of filing, SDG&E/SoCalGas had not incurred any outside attorney costs for work on Commission proceedings in 2005. As directed, SDG&E/SoCalGas categorized the outside attorneys by the number of years since law school was completed.

- 1 -

Ex. 5
59

For 2003, SDG&E/SoCalGas obtained their experience level from Martindale-Hubbell, and the rate information used was obtained from the actual 2003 invoices from each firm. Table 1 summarizes this data.

### Outside Expert Witnesses:

SDG&E/SoCalGas identified approximately 9 outside experts who performed work for the company on Commission proceedings during 2003, approximately 5 outside experts who performed work for the company on Commission proceeding during 2004. No data is currently available for 2005. For 2003, SDG&E/SoCalGas categorized the expert witnesses by their 2003 company positions and years of experience. SDG&E/SoCalGas obtained their experience level from their C.V. and from their profiles on their company websites. The rate information used was obtained from actual 2003 invoices from each company. Table 4 summarizes this data. For 2004, SDG&E/SoCalGas categorized the expert witnesses by their 2004 company positions and years of experience. SDG&E/SoCalGas obtained their experience level from their C.V. and from their company websites. The rate information used was obtained from actual 2004 invoices from each company. Table 5 summarizes the 2004 data.

///

///

///

Ex. 5
60

### Table 1 – Outside Counsel (2003)

| Title | Service Provided | Years since completion of Law School | 2003 Hourly Rates (Ranges) |
|-------|------------------|--------------------------------------|----------------------------|
| Associate | Legal | 0 – 2 years of practice. | $239 |
| Associate | Legal | 3 – 4 years or practice. | $339 - $360 |
| Associate | Legal | 5 – 7 years of practice. | $366 - $425 |
| Of Counsel | Legal | 8 – 12 years of practice | $435 |
| Partner | Legal | 13 or more years of practice | $477 - $625 |

Because of the broad range of hourly rates for attorneys, SDG&E/SoCalGas provides the following representative high and low hourly rates for these attorneys, linked to specific experience levels:

- $239 – J.D. from Harvard Law School.

- $339 – J.D. from Georgetown University; four years in practice specializing on representing corporations in energy regulation and environmental law matters.

- $360 – J.D. from University of Chicago Law School; five years in practice specializing in complex business litigation.

- $425 – J.D. from U.C. Berkeley Boalt Hall; six years in practice specializing in electric industry restructuring, gas and electric facilities acquisition and energy and telecommunications regulations.

- $490 – J.D. from Loyola Law School; over 30 years of legal experience specializing in complex litigation.

- $625 – J.D. from Yale Law School; over 30 years of legal experience, specializing in commercial litigation, energy and telecommunications regulatory litigation and transactions.

### Table 2 – Outside Counsel (2004)

| Title | Service Provided | Years since completion of Law School | 2004 Hourly Rates (Ranges) |
|-------|------------------|--------------------------------------|----------------------------|
| | Legal | 0 – 2 years of practice. | N/A |
| | Legal | 3 – 4 years or practice. | N/A |
| | Legal | 5 – 7 years of practice. | N/A |
| | Legal | 8 – 12 years of practice | N/A |
| | Legal | 13 or more years of practice | N/A |

Ex. 5
61

## Table 3 – Outside Counsel (2005)

| Title | Service Provided | Years since completion of Law School | 2005 Hourly Rates (Ranges) |
|---|---|---|---|
| | Legal | 0 – 2 years of practice. | N/A |
| | Legal | 3 – 4 years or practice. | N/A |
| | Legal | 5 – 7 years of practice. | N/A |
| | Legal | 8 – 12 years of practice | N/A |
| | Legal | 13 or more years of practice | N/A |

## Table 4 – Outside Expert Witnesses (2003)

| Title | Service Provided | Training, Experience | 2003 Hourly Costs (Ranges) |
|---|---|---|---|
| Entry Level Witness | Expert Testimony | | None |
| Senior Witness | Expert Testimony | Bachelor and graduate degrees in varied fields. | $250 - $375 |
| Director/Vice President/President | Expert Testimony | Bachelor, graduate and Ph.D. degrees in varied fields. | $350 - $525 |

///

///

///

## Table 4 – Outside Expert Witnesses (2003)
### Economics and Other

| Title | 2003 Hourly Rates |
|-------|-------------------|
| Senior Consultant | $250, 295, 300 |
| Principal | $285, 375 |
| Director | $350 |
| Vice President | $450 |
| President | $500, 525 |

Because of the broad range of hourly rates for expert witnesses SDG&E/SoCalGas provides the following representative high and low hourly rates for these witnessed, linked to specific experience levels:

- $250 – B.A. in Economics from Northwestern University; M.B.A. in Strategic Management and Finance from University of Chicago; seven years of experience specializing in business strategy, energy and utilities.

- $350 – B.A. in Economics from the University of Illinois; Ph.D. in Economics from the U.C. Berkeley; over 25+ years of experience specializing in competition and market design in the electric power industry, gas pipeline rate and pricing issues.

- $525 – Ph.D. in Economics from Harvard University; over 30+ years of experience specializing in energy price forecasts and environmental policy and regulation.

## Table 5 – Outside Expert Witnesses (2004)

| Title | Service Provided | Training, Experience | 2004 Hourly Costs (Ranges) |
|-------|------------------|----------------------|----------------------------|
| Entry Level Witness | Expert Testimony | | None |
| Senior Witness | Expert Testimony | Bachelor and graduate degrees in varied fields. | $290 - $300 |
| Director/Vice President | Expert Testimony | Bachelor, graduate and Ph.D. degrees in varied fields. | $350 - $600 |

## Table 5 – Outside Expert Witnesses (2004)
### Economics and Other

| Title | 2004 Hourly Rates |
| --- | --- |
| Senior Consultant | $290, $300 |
| Director | $350, $600 |
| Vice President | $550 |

Because of the broad range of hourly rates for expert witnesses SDG&E/SoCalGas provides the following representative high and low hourly rates for these witnessed, linked to specific experience levels:

- $290 – B.A. in Economics from Northwestern University; M.B.A. in Strategic Management and Finance from University of Chicago; seven years of experience specializing in business strategy, energy and utilities.

- $350 – B.A. in Economics from the University of Illinois; Ph.D. in Economics from the U.C. Berkeley; over 25+ years of experience specializing in competition and market design in the electric power industry, gas pipeline rate and pricing issues.

- $600 – Ph.D. in Quantitative Methods and an M.B.A. in Management from the University of California, Los Angeles; over 30+ years of experience specializing in major energy industry restructuring, reliability of the electricity grid, markets and market power.

Respectfully submitted,

//s//

Keith W. Melville

Attorney for:
San Diego Gas & Electric Company and
Southern California Gas Company
101 Ash Street
San Diego, CA 92101
Telephone: (619) 699-5039
Facsimile: (619) 699-5027
kmelville@sempra.com

March 4, 2005

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **SECOND UPDATED DATA SET OF SDG&E AND SOCALGAS IN RESPONSE TO ALJ'S RULING ON RESULTS OF FIRST WORKSHOP** has been electronically served on each party of record in the service list of R.04-10-010 by emailing a copy - with hard copies to those without an email address.

*//s//*

By: _____          Dated: March 4, 2005

Darleen Evans

**Ex. 5**
**65**